FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT – EASTERN DIVISION**

| | |
|---|---|
| LLUVIA TORRES, | Case Nos.: 5:18-CV-00658 SVW-SHK |
| Plaintiff, | Hon. Judge Stephen V. Wilson |
| vs. | *ORDER ON* |
| BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41 hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims.

Dated: January 7, 2019

By: _____
/s/ Sharon Shin

Sharon Shin
LEWIS BRISBOIS
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
Attorneys for Defendant BMW OF NORTH AMERICA, LLC

Dated: January 7, 2019          CLINE, APC

_____
/s/ Michael Devlin

Michael Devlin
CLINE, APC
7855 Ivanhoe Ave, Ste 408
La Jolla, CA 92037
Attorneys for Plaintiff

Acknowledgment of Authority for E-signature: I, Michael Devlin, acknowledge that I have been given specific approval and authority from opposing counsel, Sharon Shin, to use an e-signature for this document.

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: 1/9/19

Hon. Judge Stephen V. Wilson